UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| GENE DOLESE | CASE NO. 6:23-CV-01225 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| K O K TRANSPORT LLC, ET AL | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, noting the absence of any objections filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 20] is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the REPORT AND RECOMMENDATION, Plaintiff's MOTION TO REMAND (Rec. Doc. 10) is DENIED.

THUS, DONE AND SIGNED in Chambers on this 21st day of November 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE