UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| GENE DOLESE | CASE NO.  6:23-CV-01225 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| K O K TRANSPORT LLC, ET AL | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, noting the absence of any objections, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 21] is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the REPORT AND RECOMMENDATION, Jorge Garza Trevino's MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS PURSUANT TO RULE 12(B)(5) [Doc. 13] is DENIED WITHOUT PREJUDICE.  Plaintiff is granted additional time, until January 16, 2024, to serve Trevino.

THUS, DONE AND SIGNED in Chambers, this 28th day of November 2023.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE